# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 15, 2024

## NO. 03-22-00341-CR

**Kelly James McCarty, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment revoking community supervision. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.